ROBERT P. HENK     (147490)
SHERI L. LEONARD  (173544)
**HENKLEONARD**
**A Professional Law Corporation**
735 Sunrise Avenue, Suite 160
Roseville, CA 95661
Telephone:     (916) 787-4544
Fax:               (916) 787-4530
Email:            henkleonard@aol.com

Attorneys for Plaintiff
**TERI WOODKE**

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERI WOODKE,**<br><br>    Plaintiff,<br><br>    vs.<br><br>**NATIONAL IMAGING ASSOCIATES INC.,** and **DOES 1 through 5**, inclusive,<br><br>    Defendant. | **CASE NO.:  05-CV-01030 LKK DAD**<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

   Plaintiff, **TERI WOODKE**, hereby requests a dismissal with prejudice as to her complaint and entire causes action for damages against Defendant, **NATIONAL IMAGING ASSOCIATES, INC.**

DATED: 10/28/2005              **HENK LEONARD**
                                               **A Professional Law Corporation.**


                                                /S/SHERI L. LEONARD
                                               **SHERI L. LEONARD**
                                                Attorney for Plaintiff
                                               **TERI WOODKE**

Stipulation And [Proposed] Order
For Request For Dismissal

1

DATED: 10/28/2005

**JACKSON LEWIS LLP**

/s/PAUL J. BAUER (as authorized on 10/28/05)
**GARY R. BASHAM**
**PAUL J. BAUER**
Attorneys for Defendant
**NATIONAL IMAGING ASSOCIATES, INC.**

**IT IS SO ORDERED.**

DATED: November 18, 2005

/s/Lawrence K. Karlton
**Lawrence K. Karlton**
**Senior Judge**